# COURT MINUTES

## Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 10/23/2025    Time: 2:30 p.m.

Defendant: Yaniel Cardenas Frias    J#: 29995-506    Case #: 25-CR-20438-GAYLES

AUSA: Daya Nathan     Attorney: Joaquin Perez-PERM

Violation: Conspiracy to Distribute and PWID a Controlled Substance

Proceeding: Bond Conditions Hearing     CJA Appt:

Bond/PTD Held: ☒ Yes ☐ No     Recommended Bond:

Bond Set at: $100K CSB & 100K, 10% Bond w/ Nebbia     Co-signed by:

- [x] **Surrender and/or do not obtain passports/travel docs including Wife and Childrens.**
- [x] Report to PTS **as directed**/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [x] Home Confinement/**Electronic Monitoring GPS** and/or Curfew ___ pm to ___ am, paid by **Defendant**
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: 10 Miles and not outside of the district.
- [x] Other: Defendant to reside at address stated on record.

Language: Spanish

Disposition:
**BRADY Order Given on 10/14/25**
Bond remain as set.
The Court ordered Special Conditions to the Bond.
Defendant Released.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 14:34:32     Time in Court: 13 Mins