UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438-GAYLES/SHAW-WILDER(s)

UNITED STATES OF AMERICA

vs.

YANIEL CARDENAL FRIAS and
JORGE VICTOR HERRERO GAMEZ,

      **Defendants.**
_____/

## UNOPPOSED MOTION FOR HEARING REGARDING POTENTIAL CONFLICT OF REPRESENTATION

The United States hereby submits this motion for the Court to conduct a hearing regarding a potential conflict of interest of representation for defendants YANIEL CARDENAL FRIAS[1] and JORGE VICTOR HERRERO GAMEZ. Defendants are charged by Superseding Indictment [ECF No. 109] with (1) conspiracy to distribute and possess with intent to distribute cocaine, in violation of Title 21, United States Code, Section 846 (Count 1) and (2) possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841 (Count 4).

CARDENAL FRIAS is represented by attorney Joaquin Perez, who is privately retained. HERRERO GAMEZ is represented by attorney Marissel Descalzo, who is court appointed under the Criminal Justice Act. Attorney Joaquin Perez previously represented HERRERO GAMEZ in Case No. 22-CR-10004-GRAHAM.

---

[1] YANIEL CARDENAL FRIAS was released on bond [ECF No. 70, 78, 79, 80] and is in the custody of Immigration and Customs Enforcement (ICE).

The United States requests the Court conduct a hearing regarding a potential conflict of interest.  *See Wheat v. United States*, 486 U.S. 153 (1988); *Cuyler v. Sullivan*, 446 U.S. 335 (1980); *United States v. Garcia*, 517 F.2d 272 (5th Cir. 1975).[2]

The United States has conferred with Joaquin Perez, counsel for YANIEL CARDENAL FRIAS, who does not oppose the relief requested herein.

The United States has conferred with Marissel Descalzo, counsel for JORGE VICTOR HERRERO GAMEZ, who does not oppose the relief requested herein. Ms. Descalzo will be out of the district for trial from December 1 through 12 and requests that the hearing not be scheduled during that time.

The undersigned will be out of the district from November 26 through November 28 and requests that the hearing not be scheduled during that time.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ *Daya Nathan*
DAYA NATHAN
Assistant United States Attorney
Florida Bar No. 74392
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel.: (305) 961-9147
Fax: (305) 530-7976
Email: daya.nathan@usdoj.gov

---

[2] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.