UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438-GAYLES(s)

UNITED STATES OF AMERICA

v.

YANIEL CARDENAL FRIAS and
JORGE VICTOR HERRERO GAMEZ,

    **Defendants.**
_____/

**JOINT MOTION TO CONTINUE GARCIA HEARING**

    The United States of America and Counsel for Jorge Victor Herrero Gamez hereby file this Joint Motion to Continue Garcia Hearing. On December 17, 2025, Magistrate Judge Detra Shaw-Wilder held a status conference and discussed the scheduling of a Garcia Hearing for Defendants Yaniel Cardenal Frias and Jorge Victor Herrero Gamez. The Court scheduled the hearing for December 18, 2025, at 11 a.m. (D.E. 121, 122).

    Defendant Yaniel Cardenal Frias is in U.S. Immigration and Customs Enforcement (ICE) custody and would need to be transported by the United States Marshals Service (USMS) from the Krome North Service Processing Center pursuant to a Writ of Habeas Corpus Ad Prosequendum. On December 17, 2025, AUSA Daya Nathan contacted the USMS, who advised that they would need approximately two weeks from the date they receive the Writ of Habeas Corpus Ad Prosequendum to transport the defendant for the hearing.

    During the status conference, the undersigned AUSA stated she was available all day on January 5, 2025.  The AUSA is now unavailable from 2 to 3:30 p.m. as a hearing with another defendant is now scheduled for 2:30 p.m. on January 5, 2025 (D.E. 123).

    Counsel for Jorge Victor Herrero Gamez joins in this Motion. On December 17, 2025, the

undersigned AUSA contacted Counsel for Yaniel Cardenal Frias via email and telephone but has not yet received a response.

Accordingly, the United States and Counsel for Jorge Victor Herrero Gamez respectfully request that the Court reschedule the Garcia hearing for the week of January 5, 2025.

Respectfully Submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ Daya Nathan
Daya Nathan
Assistant United States Attorney
Florida Bar No. 74392
United States Attorney's Office
99 NE 4th Street, 8th Floor
Miami, FL 33132
Tel.: 305-961-9147
Email: daya.nathan@usdoj.gov