**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20438-GAYLES(s)**

**UNITED STATES OF AMERICA**

**v.**

**YANIEL CARDENAL FRIAS and**
**JORGE VICTOR HERRERO GAMEZ,**

   **Defendants.**
_____/

**NOTICE REGARDING JOINT MOTION TO CONTINUE GARCIA HEARING**

The United States of America hereby files this Notice Regarding Joint Motion to Continue Garcia Hearing (D.E. 124).  The undersigned spoke with Joaquin Perez, Counsel for Yaniel Cardenal Frias, who indicated he joins in the request to continue the Garcia hearing until the week of January 5, 2025.[1]

Respectfully Submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY


By:      _/s/ Daya Nathan_____
         Daya Nathan
         Assistant United States Attorney
         Florida Bar No. 74392
         United States Attorney's Office
         99 NE 4th Street, 8th Floor
         Miami, FL 33132
         Tel.: 305-961-9147
         Email: daya.nathan@usdoj.gov

---

[1] In the Joint Motion, the undersigned AUSA mistakenly stated she had contacted the United States Marshals Service (USMS) on December 17, 2025.  The undersigned AUSA contacted the USMS on December 16, 2025.