U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

FILED BY **SM** D.C.

**Dec 19, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

NO. 25-CR-20438-DPG

**UNITED STATES OF AMERICA**

v.

Yaniel Cardenal-Frias                    /
                 Defendant.

Inmate Name: Yaniel Cardenal-Frias

Inmate #: 29995-506 (A# 201 215 752)

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. A Garcia Hearing is pending in this Court against Yaniel Cardenal-Frias, A# 201 215 752 the above styled case, and it is set for as to the defendant on January 7th, 2026 at 299 East Broward Boulevard Room 203D Fort Lauderdale, FL 33301.

2. The defendant is now confined in the Krome North Service Processing Center at 18201 SW 12th St Miami, FL 33194.

3. It is necessary to have the defendant before this Court for a Garcia Hearing as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said Garcia Hearing and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *[signature]*
Daya Nathan
ASSISTANT UNITED STATES ATTORNEY

cc:    U.S. Attorney (AUSA Daya Nathan )