U.S. Department of Justice
United States Attorneys

# United States District Court
# for the Southern District of Florida

FILED BY_____SM_____D.C.

Dec 19, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

NO. 25-CR-20438-DPG

**UNITED STATES OF AMERICA**

v.

Yaniel Cardenal-Frias / 
    Defendant.

Inmate Name: Yaniel Cardenal-Frias

Inmate #: 29995-506 (A# 201 215 752)

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

To:   ANY UNITED STATES MARSHAL, and

WARDEN, Krome North Service Processing Center

It appearing from the petition of the United States of America that the defendant in the above case, Yaniel Cardenal-Frias, A# 201 215 752 is confined in the Krome North Service Processing Center at 18201 SW 12th St Miami, FL 33194 and that this case is set for an Garcia Hearing as to the defendant at 299 East Broward Boulevard Room 203D Fort Lauderdale, FL 33301, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Yaniel Cardenal-Frias, A# 201 215 752 now in custody as aforesaid, under safe and secure conduct, before this Court at 299 East Broward Boulevard Room 203D Fort Lauderdale, FL 33301 by or before, 2:00 P M., on January 7th, 2026 for a Garcia Hearing on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Krome North Service Processing Center at 18201 SW 12th St Miami, FL 33194 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at MIAMI, Florida, this 18 day of December, 2025

HONORABLE Panayotta Augustin-Birch
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney (AUSA Daya Nathan )
U.S. Marshal (3 certified copies)
Chief Probation Officer