UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CR-20438-GAYLES/SHAW-WILDER

UNITED STATES OF AMERICA

v.

YANIEL CARDENAL FRIAS,

    **Defendants.**
_____/

**UNOPPOSED MOTION TO REVOKE AND DISCHARGE BOND
AND TO RELEASE FUNDS FROM THE REGISTRY OF THE COURT**

Defendant Yaniel Cardenal-Frias, by and through undersigned counsel, and the United States of America, by and through the Assistant United States Attorney, jointly and respectfully move this Honorable Court for entry of an order revoking and discharging the bond previously set in this case, discharging all sureties, and releasing the funds currently held in the registry of the Court. In support thereof, the parties state as follows:

1. On October 14, 2025, the Court entered an Order Setting Conditions of Release (ECF No. 70), which required:

   a. a $100,000 corporate surety bond; and

   b. a $100,000 personal surety bond, with ten percent (10%) to be deposited with the registry of the Court.

2. The personal surety bond was co-signed by Yanisley Colon, Defendant's wife, who agreed to act as an individual surety and, as a condition of Defendant's release, surrendered her United States passport, as well as that of the parties' minor daughter, Liz Mariam Cardenal (DOB: December 29, 2020).

3. On October 23, 2025, Ms. Colón posted the required ten percent (10%) bond in the amount of $10,000 with the registry of the Court (ECF No. 79).

4. Despite full compliance with the bond conditions, Defendant has remained continuously in immigration custody and has not been released pursuant to the bond order.

5. Because Defendant remains detained by immigration authorities, the bond has not effectuated Defendant's release and no longer serves its intended purpose.

6. Accordingly, the parties jointly request that the Court:

    a. revoke and discharge the bond set on October 14, 2025 (ECF No. 70);

    b. discharge all sureties, including Yanisleidy Colón; and

    c. direct the Clerk of Court to release and return the $10,000 bond funds currently held in the registry of the Court; and return the US Passport to Yanisleidy Colon and their minor daughter, Liz Mariam Cardenal.

7. The Government does not oppose the requested relief and is awaiting revocation of the bond in order to facilitate Defendant's transfer from the Krome (KROME) Immigration Detention Facility to the appropriate federal detention facility.

**WHEREFORE**, the parties respectfully request that this Court grant this Stipulated Unopposed Motion and enter an order revoking and discharging the bond, releasing all sureties, directing the return of funds held in the registry of the Court, and granting such further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Joaquin Perez*
JOAQUIN PEREZ, ESQ.
Counsel for Defendant

6790 Coral Way  
3rd Floor  
Miami, Florida 33155  
Tel: (305) 261-4000 Ext. 3703  
FL Bar: 335339  
Jplaw1@bellsouth.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 23rd Day of December 2025 VIA CM/ECF filing system and to all parties of record via the same system.

/s/ *Joaquin Perez*

JOAQUIN PEREZ, ESQ.