UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CR-20438-GAYLES/SHAW-WILDER

**UNITED STATES OF AMERICA**
    *Plaintiff*
v.

**YANIEL CARDENAL FRIAS,**
    *Defendants.*
_____/

## MOTION TO AMEND ORDER TO CORRECT CLERICAL ERROR REGARDING DEFENDANT'S WIFE NAME

Defendant, by and through undersigned counsel, respectfully moves this Court for entry of an Order amending the Court's Order authorizing the release of Ten Thousand Dollars ($10,000.00) currently held in the Registry of the Court, entered on December 29, 2025 [D.E. 135], to reflect the correct legal name of the Defendant's wife, Yanisleidy Colon Villavicencio, pursuant to Federal Rule of Criminal Procedure 36 and the Court's inherent authority.

This Motion seeks a narrow and purely ministerial correction. The Court's Order contains a clerical error identifying the Defendant's wife as "Yanisleidy Colon." Her correct legal name is Yanisleidy Colon Villavicencio. No substantive rights are affected by this request, and the proposed amendment merely ensures the accuracy of the record and facilitates the proper release of funds.

**WHEREFORE**, Defendant respectfully requests that the Court enter an amended Order correcting the clerical error to reflect the correct legal name of the Defendant's wife as Yanisleidy Colon Villavicencio, and for such other relief as the Court deems just and proper.

      Respectfully submitted,

*/s/ Joaquin Perez*
JOAQUIN PEREZ, ESQ.
Counsel for Defendant
6790 Coral Way
3rd Floor
Miami, Florida 33155
Tel: (305) 261-4000 Ext. 3703
FL Bar: 335339
Jplaw1@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on this 14th Day of January 2026 VIA CM/ECF filing system and to all parties of record via the same system.

*/s/ Joaquin Perez*
JOAQUIN PEREZ, ESQ