UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-CR-20438-GAYLES/SHAW-WILDER

**UNITED STATES OF AMERICA**
    *Plaintiff*

v.

**YANIEL CARDENAL FRIAS,**
    *Defendants.*
_____/

## ORDER

THIS CAUSE came before the Court upon the Defendant's Motion to Amend Order to Correct Clerical Error Regarding Defendant's Wife's Name. The Court, having reviewed the Motion, the record, and being otherwise fully advised on the premises, hereby FINDS and ORDERS as follows:

1. The Motion is **GRANTED**.
2. Pursuant to Federal Rule of Criminal Procedure 36, the Court finds that the Order entered on December 29, 2025 [D.E. 135], authorizing the release of Ten Thousand Dollars ($10,000.00) plus any interest accrued therein from the Registry of the Court, contains a clerical error.
3. The Order is hereby **AMENDED** to reflect that the Defendant's wife's correct legal name is **Yanisleidy Colon Villavicencio**, rather than "Yanisleidy Colon."
4. In all other respects, the Order entered on December 29, 2025 [D.E. 135], remains in full force and effect.

**DONE AND ORDERED** in Southern District of Florida this ___ day of January 2026.

_____
The Honorable Darrin Gayles
United States District Judge