UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20438-GAYLES/SHAW-WILDER

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

YANIEL CARDENAL FRIAS,
    *Defendants.*
_____/

### ORDER

**THIS CAUSE** came before the Court upon the Defendant's Motion to Amend Order to Correct Clerical Error Regarding Defendant's Wife's Name [ECF No.145]. The Court, having reviewed the Motion, the record, and being otherwise fully advised on the premises, hereby FINDS and ORDERS as follows:

1. The Motion is **GRANTED**.
2. Pursuant to Federal Rule of Criminal Procedure 36, the Court finds that the Order entered on December 29, 2025 [D.E. 135], authorizing the release of Ten Thousand Dollars ($10,000.00) plus any interest accrued therein from the Registry of the Court, contains a clerical error.
3. The Order is hereby **AMENDED** to reflect that the Defendant's wife's correct legal name is **Yanisleidy Colon Villavicencio**, rather than "Yanisleidy Colon."
4. In all other respects, the Order entered on December 29, 2025 [D.E. 135], remains in full force and effect.

**DONE AND ORDERED** in Southern District of Florida this 15th day of January 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE