**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:25-CR-20438-DPG-7

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| YANIEL CARDENAL FRIAS | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING OF CHARACTER LETTERS**
**IN SUPPORT OF SENTENCING**

COMES NOW, the Defendant, YANIEL CARDENAL FRIAS, by and through his undersigned counsel, provides this Notice of Filing of Character Letters in Support of Sentencing to the Court, by Mr. Cardenal Frias's family members listed below:

1.      Ms. Yanisleidy Colon, his wife

2.      Ms. Yoslaidy Cardenal Frias, his sister; and

3.      Ms. Niurys Barbara Frias Gamez, his mother.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on June 3, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

Respectfully submitted,
HUMBERTO R. DOMINGUEZ

/s/ Humberto R. Dominguez
HUMBERTO R. DOMINGUEZ, P.A.
Attorney for Defendant
Florida Bar No.: 837903
9100 South Dadeland Boulevard, Suite 1500
Miami, Florida 33156
Telephone:  305-373-6400
E-Mail: Bert@HDominguezlaw.com