YANISLEIDY COLÓN

██████████████████████████

June 1, 2026
The Honorable Darrin P. Gayles
United States District Court
Southern District of Florida

**RE: Character Reference Letter for Mr. Yaniel Cardenal Frías**

Dear Judge Gayles:

I respectfully submit this letter in support of my husband, **Yaniel Cardenal Frías**. My name is Yanisleidy Colón, and I am his wife.

I have known Yaniel for several years as a loving husband, responsible father, and hardworking individual. He has always shown strong commitment to our family and has consistently worked to provide emotional and financial support for our household.

As a father, he is present and involved in the lives of our children. He provides guidance, care, and encouragement, and he is actively dedicated to their well-being and development. Our children rely on his love and support in their daily lives.

Based on my personal experience, I have never known Yaniel to be a violent person. He has always treated me and our family with respect and kindness. He values his role as a husband and father and takes his responsibilities seriously.

I respectfully acknowledge the seriousness of these proceedings. My intention is only to share my personal experience and the positive character I have observed in my husband.

Thank you for your time and consideration.

Respectfully submitted,

**Yanisleidy Colón**

Signature: _Yanisleidy colon_

**YOSLAIDY CARDENAL FRÍAS**

June 1, 2026
The Honorable Darrin P. Gayles
United States District Court
Southern District of Florida

**RE: Character Reference Letter for Mr. Yaniel Cardenal Frías**

Dear Judge Gayles:

My name is **Yoslaidy Cardenal Frías**, and I am the sister of **Yaniel Cardenal Frías**. I respectfully write this letter to share my personal knowledge of his character and the role he has always played in our family.

I have known my brother all my life. Throughout the years, he has shown himself to be a responsible, respectful, and family-oriented person. He cares deeply about his family and has always tried to support and help us whenever he can.

As a brother, he has always been present in my life in a positive and supportive way. He values family unity, treats others with respect, and prefers to resolve conflicts peacefully. Based on my personal experience, I have never known him to be a violent person.

I understand the seriousness of these proceedings and fully respect the authority of this Honorable Court. My intention in writing this letter is simply to provide my honest perspective about the person I know as my brother and the positive qualities he has demonstrated throughout his life.

Thank you for your time and consideration.

Respectfully submitted,

**Yoslaidy Cardenal Frías**

Signature: _____

Date: June 1, 2026

**NIURYS BARBARA FRÍAS GÁMEZ**

██████████████████

June 1, 2026
The Honorable Darrin P. Gayles
United States District Court
Southern District of Florida

**RE: Character Reference Letter for Mr. Yaniel Cardenal Frías**

Dear Judge Gayles:

My name is **Niurys Barbara Frías Gámez**, and I am the mother of **Yaniel Cardenal Frías**. I respectfully write this letter to share my personal knowledge of his character and the values he has demonstrated throughout his life.

As his mother, I have known Yaniel since birth and have watched him grow into a responsible, respectful, and family-oriented man. He has always shown love, care, and concern for his family and those around him.

Throughout his life, Yaniel has demonstrated strong family values, responsibility, and a genuine effort to do what is right. In my personal experience, I have never known him to be a violent person.

I fully understand and respect the seriousness of these proceedings and the authority of this Honorable Court. My intention in writing this letter is simply to share my personal perspective as his mother and to describe the positive qualities I have observed in him throughout his life.

Thank you for your time and consideration.

Respectfully submitted,

**Niurys Barbara Frías Gámez**

Signature: _____

Date: June 1, 2026